# GARBARINI FITZGERALD P.C.
250 Park Avenue
7th Floor
New York, New York 10177
Phone: 212.300.5358
Fax: 888.265.7054
www.garbarinilaw.com

June 9, 2021

Honorable Cheryl L. Pollak
Chief United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: ***Yesh Music, LLC v. Brower Group, Inc.*, 20-cv-3383 (PKC)(CLP)**
     **Status Report and Withdrawal of Request to Serve on Secretary of State**

Your Honor:

  I represent the plaintiff in the above-referenced matter and write to inform the Court that plaintiff has retained a private investigator and has been given certain assurances that the Complaint in this matter will be served shortly. I request two additional weeks to effectuate service. We have identified two additional officers and the investigator will attempt service directly on them. I am confident that service in this matter will be effectuated by June 23, 2021.

                GARBARINI FITZGERALD P.C.

              By: /s/ Richard M. Garbarini
                Richard M. Garbarini

Encl.