Richard M. Garbarini (RG 5496)
GARBARINI FITZGERALD P.C.
250 Park Ave, 7th Floor
New York, New York 10177
Phone: (212) 300-5358
Fax: (888) 265-7054

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| YESH MUSIC, LLC, | Case No.: 20-cv-3383 |
| Plaintiff, | **NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)** |
| v. | |
| BROWER GROUP, INC., | |
| Defendant. | |

-----------------------------------------------------------------x

Pursuant to Fed.R.Civ.P 41 (a)(1)(A)(i) plaintiff hereby serves notice that the above-captioned matter is dismissed without prejudice. Each party is responsible for its own attorneys' fees and costs.

Dated: June 24, 2021   　　　　　　　　　　　GARBARINI FITZGERALD P.C.
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　／s／ Richard M. Garbarini
　　　　　　　　　　　　　　　　　　　　　　Richard M. Garbarini